No. 16,106.

D. W. HARRIS & SONS AUTO WRECKING COMPANY
*v.* THOMAS.
(215 P. [2d] 905)

Decided February 27, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. FILLMORE S. GIBSON, for plaintiff in error.

Messrs. BENNETT & HEINICKE, for defendant in error.